# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

West Bend Insurance Company

                              Plaintiff,

v.                                                             Case No.: 1:25−cv−10059

                                                                       Honorable Jorge L. Alonso

Heights Crematory, Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the Joint Status Report [30]. The status hearing set for 2/18/26 is stricken and reset to 3/19/26 at 10:00 a.m. in person in Courtroom 1386. Out of town counsel may appear by telephone at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties shall file an updated joint status report by 3/12/26. The report should address the parties' progress with written discovery, including production of documents, and indicate whether settlement is a realistic possibility in this case and, if so, next steps in that regard. If settlement is not now realistic, what must occur before the parties realistically can evaluate that possibility. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.