**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WEST BEND INSURANCE COMPANY,

Plaintiff,

Case No.1:25-CV-10059
Hon. Jorge L. Alonso
Magistrate Judge Karyn L. Bass Ehler

v.

HEIGHTS CREMATORY, INC., et al.

Defendants.

---


Jason R. Fathallah (WI 1060040)
Amy J. Smith (WI 1095174)
HUSCH BLACKWELL LLP
*Attorneys for Plaintiff*

511 North Broadway, Ste. 1100
Milwaukee, WI 53202
(414) 273-1000
jason.fathallah@huschblackwell.com
amy.smith@huschblackwell.com

Gabriel A. Hawkins (*pro hac vice*)
COHENMALAD LLP
*Attorneys for Defendants Smith, Bobalik, Jacobek, Daniels, Mariani, Blaske, Miller, Krogul, Gniadek, Key, Kabella, Allums, McCarter, Grzyb, Sullivan, Bochenek, Strausbaugh, Summers, Morris, O'Reilley, Thalmann, Spanley, Roth, Graves, Mihalich, Weyhe, Soriano, Crist, Liapis, Orsini, Swing, and Sparacio (the "Indiana Defendants")*

One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ghawkins@cohenmalad.com

Karen Enright (IL 6210699)
Michael Crane (IL 6312593)
MURPHY, CARTER, GILBRETH & ENRIGHT, LTD.
*Attorneys for Defendants Mathis and Picchi*

150 N. Wacker Drive, Suite 3050
Chicago, IL 60606
(312) 541-9700
kenright@murphycarterlaw.com
mcrane@murphycarterlaw.com

Jonathan D. Treshansky (IL 6310346)
TAXMAN, POLLOCK, MURRAY & BEKKEMAN, LLC
*Attorneys for Defendant Wren Williams*

225 W. Wacker Drive, Suite 1650
Chicago, IL 60606
(312) 586-1744
jtreshansky@tpmblegal.com


---

## JOINT STATUS REPORT

Pursuant to this Court's Order of April 8, 2026 (ECF No. 38), counsel for the undersigned parties hereby submit the following Joint Status Report:

### I. Discovery Status

The parties have exchanged initial disclosures pursuant to Rule 26(a)(1).

Defendant Williams' outstanding responses to Plaintiff's interrogatories and requests for production were timely produced, as ordered by this Court on April 8, 2026 (ECF No. 38).

The parties' previous joint status report of March 12, 2026 (ECF No. 35) referenced a request by the Indiana Defendants for a 30(B)(6) deposition of Plaintiff's representative and Plaintiff's objections to the request. Plaintiff and the Indiana Defendants have not yet resolved Plaintiff's objections given the pending Motion for Judgment on the Pleadings as discussed in Paragraph II below but agree to confer further in good faith before bringing motion practice on the issue before this Court.

The parties anticipate the need to extend discovery deadlines due to the pending adjudication of the Indiana Defendants' Motion for Judgment on the Pleadings (ECF No. 37).

### II. Pending Motion Practice

The Indiana Defendants' Motion for Judgment on the Pleadings (ECF No. 37) is pending the completion of briefing, and the parties await direction from Judge Alonso regarding whether the matter will be set for a hearing or decided on the briefs.

### III. Settlement

The parties are open to discussing settlement but have not yet conducted substantive discussions or negotiations. The parties do not believe a settlement conference with the Court would be productive at this time, as the parties continue through the discovery process.

Dated: May 27, 2026.

Respectfully submitted,

*Electronically signed by Amy J. Smith*
Jason R. Fathallah (WI 1060040)
Amy J. Smith (WI 1095174)
HUSCH BLACKWELL LLP

*Attorneys for Plaintiff*
*West Bend Insurance Company*

*Electronically signed by Gabriel A. Hawkins*
Gabriel A. Hawkins (*pro hac vice*)
COHENMALAD, LLP

*Attorneys for Defendants Smith, Bobalik, Jacobek, Daniels, Mariani, Blaske, Miller, Krogul, Gniadek, Key, Kabella, Allums, McCarter, Grzyb, Sullivan, Bochenek, Strausbaugh, Summers, Morris, O'Reilley, Thalmann, Spanley, Roth, Graves, Mihalich, Weyhe, Soriano, Crist, Liapis, Orsini, Swing, and Sparacio*

*Electronically signed by Karen Enright*
Karen Enright (IL 6210699)
Michael Crane (IL 6312593)
MURPHY, CARTER, GILBRETH & ENRIGHT, LTD.

*Attorneys for Defendants Mathis and Picchi*

*Electronically signed by Jonathan Treshansky*
Jonathan D. Treshansky (IL 6310346)
TAXMAN, POLLOCK, MURRAY & BEKKEMAN, LLC

*Attorneys for Defendant Wren Williams*