**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WEST BEND INSURANCE COMPANY,

Plaintiff,

Case No.1:25-CV-10059
Hon. Jorge L. Alonso
Magistrate Judge Karyn L. Bass Ehler

v.

HEIGHTS CREMATORY, INC., et al.

Defendants.

---

Jason R. Fathallah (WI 1060040)
Amy J. Smith (WI 1095174)
HUSCH BLACKWELL LLP
*Attorneys for Plaintiff*

511 North Broadway, Ste. 1100
Milwaukee, WI 53202
(414) 273-1000
jason.fathallah@huschblackwell.com
amy.smith@huschblackwell.com

Gabriel A. Hawkins (*pro hac vice*)
COHENMALAD LLP
*Attorneys for Defendants Smith, Bobalik, Jacobek, Daniels, Mariani, Blaske, Miller, Krogul, Gniadek, Key, Kabella, Allums, McCarter, Grzyb, Sullivan, Bochenek, Strausbaugh, Summers, Morris, O'Reilley, Thalmann, Spanley, Roth, Graves, Mihalich, Weyhe, Soriano, Crist, Liapis, Orsini, Swing, and Sparacio (the "Indiana Defendants")*

One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ghawkins@cohenmalad.com

Karen Enright (IL 6210699)
Michael Crane (IL 6312593)
MURPHY, CARTER, GILBRETH & ENRIGHT, LTD.
*Attorneys for Defendants Mathis and Picchi*

150 N. Wacker Drive, Suite 3050
Chicago, IL 60606
(312) 541-9700
kenright@murphycarterlaw.com
mcrane@murphycarterlaw.com

Jonathan D. Treshansky (IL 6310346)
TAXMAN, POLLOCK, MURRAY & BEKKEMAN, LLC
*Attorneys for Defendant Wren Williams*

225 W. Wacker Drive, Suite 1650
Chicago, IL 60606
(312) 586-1744
jtreshansky@tpmblegal.com

---

## STATUS REPORT

Pursuant to this Court's Order of September 28, 2026 (ECF No. 55), counsel for the undersigned hereby submits the following Status Report:

### I. Status of Discovery

Fact discovery is substantially complete, with the following updates regarding the remaining written discovery and the Rule 30(b)(6) deposition of a West Bend representative:

- Plaintiff West Bend has circulated its responses to the Indiana Defendants' Supplemental and Third Supplemental Interrogatories and Requests for Production.
- West Bend's responses to the Indiana Defendants' Second Supplemental Interrogatories and Requests for Production are pending final review by West Bend. West Bend is working to complete that review and circulate the responses as soon as possible. West Bend anticipates doing so no later than the November 4, 2026 status conference scheduled in this matter.
- The Rule 30(b)(6) deposition of West Bend's representative is confirmed for November 5, 2026.

### II. Settlement Discussion

West Bend is not requesting a settlement conference with the Court at this time.

The parties have begun informal settlement discussions.

Dated: October 30, 2026.

Respectfully submitted,

*Electronically signed by Amy J. Smith*

Jason R. Fathallah (WI 1060040)
Amy J. Smith (WI 1095174)
HUSCH BLACKWELL LLP

*Attorneys for Plaintiff*
*West Bend Insurance Company*

Gabriel A. Hawkins (*pro hac vice*)
COHENMALAD, LLP

*Attorneys for Defendants Smith, Bobalik, Jacobek, Daniels, Mariani, Blaske, Miller, Krogul, Gniadek, Key, Kabella, Allums, McCarter, Grzyb, Sullivan, Bochenek, Strausbaugh, Summers, Morris, O'Reilley, Thalmann, Spanley, Roth, Graves, Mihalich, Weyhe, Soriano, Crist, Liapis, Orsini, Swing, and Sparacio*

Karen Enright (IL 6210699)
Michael Crane (IL 6312593)
MURPHY, CARTER, GILBRETH & ENRIGHT, LTD.

*Attorneys for Defendants Mathis and Picchi*

Jonathan D. Treshansky (IL 6310346)
TAXMAN, POLLOCK, MURRAY & BEKKEMAN, LLC

*Attorneys for Defendant Wren Williams*