**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

West Bend Insurance Company
Plaintiff,
v.
Case No.: 1:25−cv−10059
Honorable Jorge L. Alonso
Heights Crematory, Inc, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. In−person status hearing held 11/4/26. The parties reported to the Court that fact discovery is substantially completed except for one remaining deposition that had to be rescheduled due to the witness's illness and that they are working to reschedule that deposition quickly. Fact discovery is closed except for the one remaining deposition. The parties shall file a joint status report by 12/3/26 that includes the following information: (1) confirmation that the last deposition has been completed; (2) an update on the parties' settlement discussions and exchange of settlement letters, including confirmation that Plaintiff made a formal demand and Defendants responded with an offer; and (3) based on their settlement discussions, whether the parties are interested in setting a settlement conference with the Court. An in−person status hearing is set for 12/16/26 at 10:45 a.m. in Courtroom 1386. Counsel who will be participating in a settlement conference shall attend the status hearing and come prepared with dates in January and February 2027 when counsel and their clients are available to participate in an in−person settlement conference. All parties are reminded to review Magistrate Judge Bass Ehler's Standing Order for Settlement Conferences posted on the Court's website and in particular the provisions concerning attendance at the settlement conference of people with "full settlement authority&quo;t; as defined in that Order. Mailed notice. (jxm,

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.